In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-02-494 CV


____________________



NANCY N. ESSELMAN, Appellant



V.



MARK STEVEN ESSELMAN, Appellee






On Appeal from the County Court at Law No. 1


Montgomery County, Texas


Trial Cause No. 00-03-01619 CV






MEMORANDUM OPINION


 Nancy N. Esselman, appellant, joined by the appellee, Mark Steven Esselman, have
filed a joint motion to dismiss this appeal. The parties allege they have settled all disputes
and no longer desire to pursue this appeal. The Court finds that this motion is voluntarily
made by the parties through their attorneys of record prior to any decision of this Court. 
Tex. R. App. P. 42.1(a)(2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the incurring party.

 PER CURIAM


Opinion Delivered March 6, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.